IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

RENEE P. SAIN                                                                PLAINTIFF

    v.                                       CIVIL NO. 12-5026

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                    DEFENDANT

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On February 13, 2012, Plaintiff commenced this action seeking judicial review of a decision of the Commissioner of Social Security (Commissioner) denying her application for disability benefits under the provisions of Titles II of the Social Security Act.  (Doc. 1).

On July 11, 2012, Plaintiff filed a motion requesting that her case be dismissed.  (Doc. 9).  Defendant did not file a response to the motion.

Based on the foregoing, the undersigned recommends granting Plaintiff's motion to dismiss this action.  **The parties have fourteen days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 26th day of July, 2012.

/s/ *Erin L. Setser*
    HON. ERIN L. SETSER
    UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)