IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**RENEE P. SAIN**                                                                                                  **PLAINTIFF**

        **v.**            **Civil No. 12-5026**

**MICHAEL J. ASTRUE, COMMISSIONER**
**SOCIAL SECURITY ADMINISTRATION**                                                     **DEFENDANT**

**O R D E R**

Now on this 14th day of August, 2012, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #10), filed on July 26, 2012, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation** (document #10) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, **Plaintiff's Request for Dismissal of Complaint** (document #9) is **granted**, and this case is **dismissed without prejudice.**

**IT IS SO ORDERED.**

                                                    /s/ Jimm Larry Hendren
                                                   **JIMM LARRY HENDREN**
                                                   **UNITED STATES DISTRICT JUDGE**